

# NUMBER 13-22-00307-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE E.N.

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Hinojosa, and Silva**
**Order Per Curiam**

On July 8, 2022, relator E.N. filed a petition for writ of mandamus asserting that the trial court abused its discretion in sua sponte issuing a June 30, 2022 order without holding a hearing in the underlying family law case. The Court requests that the real party in interest, N.E.N., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
12th day of July, 2022.